IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-CR-0406

(The above criminal action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

PEOPLE OF THE STATE OF COLORADO,

Appellee,

v.

DAVID JACKSON,

Appellant/Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
CLERK

---

**ORDER DIRECTING CLERK TO COMMENCE CRIMINAL ACTION AND GRANTING DEFENDANT LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

Defendant has submitted a "Petition for Removal and Stay of State Court Proceeding" and a "Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915." Defendant is removing to this court Case Number 07-T-2230 from the County Court of Adams County, Colorado. The clerk of the court will be directed to commence a criminal action. The Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 will be granted. Accordingly, it is

ORDERED that the clerk of the court commence this criminal action. It is

FURTHER ORDERED that the "Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915" is granted.

DATED at Denver, Colorado, this 25th day of September, 2008.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **08-CR-0406**

David Jackson
PO Box 17163
Boulder, CO 80308

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk